# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD THOMPSON JR. and MICHELLE LYNN THOMPSON<br><br>Plaintiffs,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-01541-DJC-CKD<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>State Ct. Complaint Filed: April 15, 2025<br><br>Action Removed: June 2, 2025<br><br>District Judge: Daniel J. Calabretta<br><br>Magistrate Judge: Carolyn K. Delaney<br><br>Trial Date: Not set |

The Court hereby grants Plaintiffs Robert Edward Thompson Jr. and Michelle Lynn Thompson and Defendant Jaguar Land Rover North America, LLC's Joint Motion for Dismissal of All Claims With Prejudice.

GOOD CAUSE APPEARING, it is hereby ORDERED that: Plaintiffs' Complaint shall be dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: December 3, 2025       /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE